IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEONEL VALDEZ AYON,<br>a.k.a. "Leonel Valdez Gonzalez,"<br>a.k.a. "Leon,"<br><br>　　　　　　　　　　Defendant. | CASE NO.  2:15-CR-131 TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

　　　Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the document filed in connection with defendant Leonel Valdez Ayon's entry of guilty plea and the Government's Request to Seal shall be SEALED until further order of this Court.

　　　It is further ordered that access to the sealed documents shall be limited to the government and counsel for defendant Ayon.

　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the aforementioned documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. The Court further finds that there are no additional alternatives to sealing these documents that would adequately protect the compelling interests identified by the Government.

Dated:  June 16, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge