**LAW OFFICES OF ARMANDO VILLAPUDUA**
Armando Villapudua, SBN: 173945
2431 W. March Lane, Suite 220
Stockton, CA 95207
Tel: (209) 956-1234
Fax: (209) 478-4981
Email: avlaw@ymail.com

Attorney for:
LEONEL VALDEZ AYON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15-CR-00131TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| LEONEL VALDEZ AYON, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE TROY L. NUNLEY AND SAMUEL WONG, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LEONEL VALDEZ AYON, by and through his attorney of record, ARMANDO VILLAPADUA hereby requesting that the sentencing hearing currently set for Thursday, September 8, 2016 be continued to Thursday, October 20, 2016.

I recently met with United States Probation Officer Anthony Andrews in the matter of U.S. v. Leonel Valdez Ayon for a presentencing investigation report interview.  I have been informed that objections are due on August 11, 2016.  I have a pre-paid vacation from August 11, 2016- September 2, 2016 out of the country.  USPO Andrews has informed me that he has a heavy workload and has no objection to continuing the sentencing hearing.

I have spoken to AUSA Samuel Wong, and he has no objection to continuing the sentencing hearing. We are proposing the following schedule:

September 1, 2016: Draft of Pre-Sentence Report due

September 15, 2016: Informal Objections due

September 22, 2016: Final Pre-Sentence Report due

October 6, 2016: Formal Objections

October 13, 2016: Response to Formal Objections and Sentencing Memorandums

October 20, 2016: Sentencing Hearing

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 7/19/2016                        */s/ Armando Villapadua*
                                        ARMANDO VILLAPADUA
                                        Attorney for Defendant
                                        LEONEL VALDEZ AYON

DATED:                                  */s/ Samuel Wong*
                                        SAMULEL WONG
                                        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to October 20, 2016.

Dated: July 22, 2016                    _____
                                        UNITED STATES DISTRICT JUDGE